UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW P.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. CV 18-5070-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint for Review of Denial of Social Security Disability Benefits, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and Defendant replied. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: October 18, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　United States District Judge