UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW P.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. CV 18-5070-JAK (AGR)<br><br>JUDGMENT |

　　In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: October 18, 2019　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge